UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TXUEPHENG VANG,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No.  1:26-cv-0448-FRS (EPG)

**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**

(Doc. 2)

Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;

2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

\\\

\\\

\\\

\\\

\\\

\\\

1

3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **January 22, 2026**          /s/ _Eric P. Grog_
                                        UNITED STATES MAGISTRATE JUDGE

2