JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Txuepheng    Vang,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>                    Defendant.<br> | Case No. 1:26-cv-00448-FJS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 11) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 61-day extension of time, from April 20, 2026 to June 19, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of April 13, 2026 and April 20, 2026, Plaintiff's Counsel has twenty five merit briefs and two replies due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 26, 2026    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff



Dated: March 26, 2026            ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:  */s/ Erin  Jurrens*
Erin  Jurrens
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on March 26, 2026)

2

## **ORDER**

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in support of reversing or modifying a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits.  42 U.S.C. 405(g).  For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have a 61-day extension of time, from April 20, 2026, to **June 19, 2026**, to file an opening brief.  All other dates in the Court's Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated:    **March 27, 2026**                          _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

3