UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TXUEPHENG VANG,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-00448-FRS<br><br>ORDER REGARDING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

Having considered Defendant Commissioner's unopposed motion for extension of time (ECF No. 18), and good cause appearing, IT IS ORDERED that Defendant shall have an extension to July 24, 2026, to file Defendant's response to Plaintiff's motion for summary judgment *nunc pro tunc*.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE